**Sheryleita MCCLENDON, Appellant,**

v.

**IKON OFFICE SOLUTIONS, INC., an Ohio Corporation, Appellee.**

No. 04–1105.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 7, 2004.

Decided Dec. 10, 2004.

Sheryleita McClendon, Bloomington, MN, pro se.

David J. Duddleston, Natalie Wyatt–Brown, Jackson & Lewis, Minneapolis, MN, for Defendant–Appellee.

Before MURPHY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Sheryleita McClendon appeals the district court's[1] adverse grant of summary judgment in her diversity action claiming sexual harassment in violation of the Minnesota Human Rights Act. After careful de novo review of the record, *see Linville v. Sears, Roebuck & Co.,* 335 F.3d 822, 823 (8th Cir.2003) (per curiam), we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.